Date printed: January 26, 2023 2:12 PM

**Order entered January 26, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

| | |
|---|---|
| **No. 05-21-00621-CR** | **No. 05-21-00622-CR** |
| **No. 05-21-00623-CR** | **No. 05-21-00624-CR** |
| **No. 05-21-00627-CR** | **No. 05-21-00628-CR** |
| **No. 05-21-00629-CR** | **No. 05-21-00630-CR** |
| **No. 05-21-00634-CR** | **No. 05-21-00635-CR** |
| **No. 05-21-00636-CR** | **No. 05-21-00637-CR** |

**BRANDIE OLIVAREZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-22537-K, F18-41244-K, F18-45948-K,**
**F19-14122-K, F19-14136-K, F20-22413-K, F20-22447-K, F20-41532-K,**
**F19-40342-K, F20-22421-K, F20-45665-K & F20-45679-K**

## ORDER

On November 4, 2022, the Court entered an order requiring the Dallas County District Clerk to file, within fourteen days, a supplemental clerk's record containing the judgment adjudicating guilt in cause no. 05-22-00637-CR (trial court cause no. F20-45679-K). A supplemental clerk's record was filed on December 12, 2022, but it included the order of deferred adjudication—not the judgment adjudicating guilt.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the judgment adjudicating guilt in cause no. 05-22-00637-CR (trial court cause no. F20-45679-K).

In the event the Dallas County District Clerk does not have in its possession an order adjudicating guilt in cause no. 05-22-00637-CR (trial court cause no. F20-45679-K), we **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a letter verifying that the clerk does not have possession of a judgment adjudicating guilt in this cause.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk; Valencia Bush; and Marcella Paige Williams, assistant district attorney.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Brandie Olivarez, BIN #21001873, Kays Tower, KT 04-C, P.O. Box 660334, Dallas, Texas 75266.

/s/    BONNIE LEE GOLDSTEIN
PRESIDING JUSTICE